Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Jesus Garcia, et al.<br><br>Defendant. | CASE NO. 12-cv-00366-LJO-SMS<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>ORDER<br>(Doc. 6) |

**TO THE HONORABLE SANDRA M. SNYDER, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:**

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Tuesday, June 26, 2012at 10:00 a.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendant Richard Jesus Garcia has not yet answered Plaintiff's Complaint despite service of suit papers.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Initial Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Tuesday, June 26, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: June 15, 2012        */s/ Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                            By: Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J Sports Productions, Inc.

## ORDER

IT IS HEREBY ORDERED that the Initial Scheduling Conference in civil action number 1:12-cv-00366-LJO-SMS styled *J & J Sports Productions, Inc. v. Richard Jesus Garcia, et al.*, is CONTINUED from 6/26/12 at 10:00 a.m. before Judge Snyder to 8/8/12 @ 10:00 a.m. before Judge Snyder, for which a Joint Scheduling Report shall be due by 8/1/12.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **June 19, 2012**                    */s/ Sandra M. Snyder*
                                              UNITED STATES MAGISTRATE JUDGE

**PAGE  PAGE 2**